UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KAI MING LIU, ) 2:11-CV-00404-PMP-PAL
)
    Plaintiff, )
) **ORDER**
vs. )
)
OHIO NATIONAL INSURANCE )
AGENCY, INC., a/k/a OHIO )
NATIONAL INSURANCE, INC., a/d/a )
OHIO NATIONAL LIFE )
ASSURANCE CORPORATION, an )
Ohio corporation, )
)
)
    Defendants. )

**IT IS ORDERED that** Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Doc. #20) filed May 31, 2011, is **GRANTED** and that this action is hereby **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED that** Defendant's Motion for Judgment on the Pleadings (Doc. #15) filed April 25, 2011, is **DENIED** as moot.

DATED:  June 14, 2011.

_____
PHILIP M. PRO
United States District Judge